**Order entered May 15, 2019**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01498-CR

**JEREMY DEMOND WARD, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-75030-M**

## ORDER

The reporter's record was due February 4, 2019. By letter dated February 6, 2019, we notified court reporter Belinda Baraka that it was overdue and directed her to file it by March 8, 2019. Thereafter, we granted her two requests for extensions of time, making the record due April 23, 2019. To date, the reporter's record has not been filed, and we have had no communication from Ms. Baraka.

We **ORDER** court reporter Belinda Baraka to file the reporter's record in this appeal **WITHIN TWELVE DAYS OF THE DATE OF THIS ORDER**. We caution Ms. Baraka that the failure to do so will result in the Court taking whatever remedies it has available, including ordering that she not sit until the reporter's record is filed.

We **DIRECT** the Clerk to send copies of this order to the Honorable Ernest White, Presiding Judge, 194th Judicial District Court; Belinda Baraka, court reporter, 194th Judicial District Court; and to counsel for all parties.

/s/     BILL PEDERSEN, III
            JUSTICE